IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BRANDON SPARKS**                                                                                   **PLAINTIFF**

v.                              Case No. 4:22-cv-00705-JM

**MCDONALDS CO.;**
**DOE, Alexus, General Manager**                                             **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 5th day of October, 2022.

_____
UNITED STATES DISTRICT JUDGE